# IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF UTAH

## DEPOSIT OF UNCLAIMED FUNDS

| In re:<br>SHELBY HOFFMAN SABERON<br>CATHERINE MOOR SABERON<br>Debtor(s). | CHAPTER # 7<br>BANKRUPTCY # 09-21086 |
|---|---|

The duly appointed and acting trustee of the above captioned bankruptcy estate represents to the court that:

__A  The following check(s) was/were issued to the creditor(s) listed below in the amount(s) listed. The check(s) was/were not cashed, and subsequently returned to the trustee, and the trustee stopped payment on said check(s), and/or

__X__ B  The check(s) listed below represent small dividends payable to the court pursuant to Bankruptcy Rule 3010.

**CREDITOR & ADDRESS (last known)**            **CHECK AMOUNT**
American Express Bank FSB                              $.12
C/O Becket and Lee LLP
PO Box 3001
Malvern, PA 19355-0701

The address(es) listed above constitutes the last known address of the creditor(s) in question. The check(s) in the amount(s) of **$0.12** represent said unclaimed funds is/are payable to the U.S. Bankruptcy Court.

DATED this 18th day of January, 2010.

                                                     /s/
                                              Steven R. Bailey, Trustee